Squire, Sanders & Dempsey L.L.P.
Robert J. Guite (State Bar # 244590)
One Maritime Plaza, Suite 300
San Francisco, CA 94111
Telephone:   (415) 954-0200
Facsimile:   (415) 393-9887
Email:       rguite@ssd.com

Attorneys for Defendant
SUN LIFE ASSURANCE COMPANY OF
CANADA

Pillsbury & Levinson, L.L.P.
Arnold R. Levinson (State Bar # 066583)
Terrence J. Coleman (State Bar # 172183)
Brian H. Kim (State Bar # 215492)
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone:   (415) 433-8000
Facsimile:   (415) 433-4816
Email:       alevinson@pillsburylevinson.com
             tcoleman@pillsburylevinson.com
             bkim@pillsburylevinson.com

Attorneys for Plaintiff
CHARLES A. MARTORELLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. MARTORELLO,<br><br>  Plaintiff,<br><br>vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA; HILTI, INC. LONG TERM DISABILITY PLAN; and DOES 1 through 20, Inclusive,<br><br>  Defendants. | CASE NO. 4:09-CV-0912 PJH<br><br>**AMENDED JOINT STIPULATION AND [PROPOSED] ORDER FOR THE BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Honorable Phyllis J. Hamilton |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111

Amend. Joint Stipulation and [Proposed] Order for
Briefing Schedule – Case No. 4:09-CV-0912 PJH

1

2   This amended stipulation for the entry of a Briefing Schedule for Cross-Motions for
3   Summary Judgment is being jointly made and submitted by Plaintiff Charles A. Martorello and
4   Defendant Sun Life Assurance Company of Canada (collectively the "Parties").

5   WHEREAS, at the Case Management Conference held on July 11, 2009 this Court
6   ordered that the parties' cross-motions for summary judgment were to be filed on or before
7   December 16, 2009;

8   WHEREAS, Plaintiff filed his motion for summary judgment on November 18, 2009;

9   WHEREAS, it is the parties' intention to have the cross-motions for summary judgment
10  considered on the same date and in a single hearing as contemplated by this Court in setting a
11  deadline for the cross-motions for summary judgment;

12  THEREFORE, the Parties stipulate to the following briefing schedule for filing cross-
13  motions for summary judgment:

14  November 18, 2009: Plaintiff's Motion for Summary Judgment to be filed and served;

15  December 14, 2009: Sun Life's Motion for Summary Judgment and/or Sun Life's
16  Opposition to Plaintiff's Motion for Summary Judgment to be filed and served;

17  January 6, 2010: Plaintiff's Opposition to Sun Life's Motion for Summary Judgment to
18  be filed and served;

19  January 13, 2010: Plaintiff's Reply in Support of Motion for Summary Judgment to be
20  filed and served and Sun Life's Reply in Support of Motion for Summary Judgment to be filed
21  and served;

22  January 27, 2010: Hearing on Cross-Motions for Summary Judgment.

23                                                  Respectfully submitted,

24  Dated: November 23, 2009                         SQUIRE, SANDERS & DEMPSEY, L.L.P.

25

26                                                  By:    / s / Robert J. Guite
                                                              Robert J. Guite
27
                                                    Attorneys for Defendant
28                                                  SUN LIFE ASSURANCE COMPANY OF
                                                    CANADA

SQUIRE, SANDERS &
   DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111

1   Amend. Joint Stipulation and [Proposed] Order for
    Briefing Schedule – Case No. 4:09-CV-0912 PJH

Dated: November 23, 2009                                PILLSBURY & LEVINSON, LLP

                                                        By:   / s /  Brian H. Kim
                                                              Arnold R. Levinson
                                                              Terrence J. Coleman
                                                              Brian H. Kim

                                                        Attorneys for Plaintiff
                                                        CHARLES MARTORELLO

## ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

_____
ROBERT J. GUITE

## [~~PROPOSED~~] ORDER

Pursuant to the Joint Stipulation for the Briefing Schedule for Cross-Motions for Summary Judgment submitted by the Parties in this matter, it is ordered that the following briefing schedule for cross-motions for summary judgment is set for this matter:

November 18, 2009:  Plaintiff's Motion for Summary Judgment to be filed and served;

December 14, 2009:  Sun Life's Motion for Summary Judgment and/or Sun Life's Opposition to Plaintiff's Motion for Summary Judgment to be filed and served;

January 6, 2010:  Plaintiff's Opposition to Sun Life's Motion for Summary Judgment to be filed and served;

January 13, 2010:  Plaintiff's Reply in Support of Motion for Summary Judgment to be filed and served and Sun Life's Reply in Support of Motion for Summary Judgment to be filed and served;

January 27, 2010:  Hearing on Cross-Motions for Summary Judgment

DATED: 11/25/09                                         _____
                                                        HONORABLE PHYLLIS J. 
                                                        UNITED STATES DISTRICT COURT JUDGE

[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton]

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111

2   Amend. Joint Stipulation and [Proposed] Order for
Briefing Schedule – Case No. 4:09-CV-0912 PJH