UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES A. MARTORELLO,

        Plaintiff,

      v.

SUN LIFE ASSURANCE CO., et al.,

        Defendants.
_____/

No. C 09-0912 PJH

**NOTICE AND ORDER
CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on the parties' cross-motions for summary judgment, which was previously set for January 27, 2010 at 9:00 a.m., has been CONTINUED to February 10, 2010, at 9:00 a.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California 94612.

**IT IS SO ORDERED**.

Dated: January 19, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge