Arnold R. Levinson     (State Bar No. 066583)
Terrence J. Coleman    (State Bar No. 172183)
Brian H. Kim           (State Bar No. 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
Email: alevinson@pillsburylevinson.com
       tcoleman@pillsburylevinson.com
       bkim@pillsburylevinson.com

Attorneys for Plaintiff
CHARLES A. MARTORELLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHARLES A. MARTORELLO,<br><br>         Plaintiff,<br><br>    vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA; HILTI, INC. LONG TERM DISABILITY PLAN; and DOES 1-20, inclusive,<br><br>         Defendants. | Case No. CV 09-912 PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION AND REPLY PAPERS TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, LITIGATION EXPENSES AND PREJUDGMENT INTEREST** |

## JOINT STIPULATION

Plaintiff Charles A. Martorello and Defendant Sun Life Assurance Company of Canada have agreed to settle Plaintiff's Motion for Attorney's Fees, Litigation Expenses and Prejudgment Interest, set for a hearing on July 28, 2010, in full through a confidential settlement. The parties expect a settlement agreement will be finalized and executed by July 9, 2010 and the settlement amount paid by July 16, 2010. In order to allow the parties to finalize and execute the settlement agreement, the parties hereby stipulate to extend the deadline for Defendant's Opposition to the Motion to July 12, 2010, and to extend the deadline for Plaintiff to file his Reply papers to July 16, 2010.

-1-
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION     Case No. CV 09-912 PJH
AND REPLY PAPERS TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, LITIGATION
EXPENSES AND PREJUDGMENT INTEREST

283

Dated: July 1, 2010                                PILLSBURY & LEVINSON, LLP

                                                   By:  /s/ Brian H. Kim
                                                        Arnold R. Levinson
                                                        Terrence J. Coleman
                                                        Brian H. Kim
                                                        Attorneys for Plaintiff
                                                        CHARLES A. MARTORELLO\

Dated: July 1, 2010                                SQUIRES, SANDERS & DEMPSEY, LLP

                                                   By:  /s/ Robert J. Guite
                                                        Robert J. Guite
                                                        Attorneys for Defendants
                                                        SUN LIFE ASSURANCE COMPANY OF
                                                        CANADA

## PROPOSED ORDER

Per the parties' stipulation, IT IS ORDERED that the deadline for Defendant Sun Life Assurance Company's Opposition to Plaintiff's Motion for Attorney's Fees, Litigation Expenses and Prejudgment Interest shall be continued to July 12, 2010, and Plaintiff Charles A. Martorello's Reply papers in support of the Motion shall be continued to July 16, 2010.

**IT IS SO ORDERED.**

DATED: 7/9/10

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

-2-
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION    Case No. CV 09-912 PJH
AND REPLY PAPERS TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, LITIGATION
EXPENSES AND PREJUDGMENT INTEREST